IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )        1:15cr232-MHT
                            )            (WO)
HAROLD LAVERNE DAVIS        )
```

OPINION AND ORDER

This cause is before the court on the question whether defendant Harold Laverne Davis has the mental capacity to stand trial, that is, whether he is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is not able to understand the nature and consequences of the proceedings against him or to assist properly in his defense.  See 18 U.S.C. § 4241(a).

Based on the results of a psychological evaluation conducted by Dr. Karl Kirkland, Ph.D., see Forensic Evaluation (doc. no. 50), as well as representations made by all counsel during an on-the-record hearing on

1

July 14, 2015, the court holds that Davis is not suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is not able to understand the nature and consequences of the proceedings against him or to assist properly in his defense. Neither the defense nor the government objects to this conclusion. Indeed, the court holds not only that Davis has the mental capacity to stand trial, but that there is not even a reasonable cause to believe that he is incompetent.

***

Accordingly, it is ORDERED that defendant Harold Laverne Davis is declared mentally competent to stand trial in this case.

DONE, this the 15th day of July, 2015.

                                                /s/ Myron H. Thompson
                                         UNITED STATES DISTRICT JUDGE